UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRUSTEES OF THE MICHIGAN LABORERS'
HEALTH CARE FUND, MICHIGAN
LABORERS' PENSION FUND, MICHIGAN
LABORERS' VACATION FUND, LIUNA
TRAINING OF MICHIGAN FUND, MICHIGAN          Case No. 26-cv-11475
LABORERS' EMPLOYERS' COOPERATION
AND EDUCATION TRUST FUND, and               Hon. Brandy R. McMillion
MICHIGAN LABORERS' ANNUITY FUND,

                    Plaintiffs,

v.

GAYANGA ENVIRONMENTAL CO. LLC, a
Michigan limited liability company, and
GAYANGA CO. LLC, a Michigan limited
liability company, jointly and severally

                    Defendants.
_____/

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Notice is given that attorney Megan B. Boelstler has left the firm of Legghio & Israel, P.C. as of June 1, 2026. Ms. Boelstler withdraws as co-counsel for Plaintiffs. Plaintiffs will continue to be represented by attorney Christopher P. Legghio who previously entered his appearance in this matter. This Notice of

1

Withdrawal of Attorney is submitted to this Court in accordance with Local Rule 83.25.

/s/Megan B. Boelstler
Megan B. Boelstler (P79125)
Withdrawing Attorney

/s/Christopher P. Legghio
Christopher P. Legghio (P27378)
306 South Washington, Suite 203
Royal Oak, MI 48067
cpl@legghiopc.com
smith@legghiopc.com
(248) 398-5900

June 30, 2026                                   Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on June 30, 2026, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of interest participating in the CM/ECF system.

/s/Christopher P. Legghio
Christopher P. Legghio